**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) 09-04104M-001-PCT-MEA |
| vs. | ) **ORDER** |
| Dewayne Lee Sombrero, | ) |
| Defendant. | ) |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraphs A, B and C of the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIX (6) MONTHS**, with credit for time served.

It is recommended that the defendant serve his sentence at the Coconino County Jail.

DATED this 22nd day of September, 2011.

_____
Mark E. Aspey
United States Magistrate Judge